UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:03-cr-5363 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| **ANTONIO M. AYALA,** | ) | NOTE AND DEED OF TRUST |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

IT IS SO ORDERED.

**Dated:   March 8, 2006**            /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE